**No. 10-8702. Ramon Alberto Arana-Esquivel, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1585, 179 L. Ed. 2d 485, 2011 U.S. LEXIS 1773.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 686.